**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6009**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DANIEL RAY WATSON,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Parkersburg.  Charles H. Haden II, Chief District Judge.  (CR-87-15, CA-95-1061)

Submitted:  May 16, 1996                 Decided:  June 3, 1996

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Ray Watson, Appellant Pro Se.  Mary Stanley Feinberg, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for transcripts of contempt hearings. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Watson</u>, Nos. CR-87-15; CA-95-1061 (S.D.W. Va. Dec. 29, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>